# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

The Georgia Advocacy Office, et al.,

    Plaintiffs,

v.                                   Civil No.: 1:17-CV-3999-MLB

State of Georgia, et al.,

    Defendants.

_____/

## DISCOVERY CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned certifies that the following expert reports have been provided to counsel of record via electronic means: for the following:

1) Kimm Campbell
2) Judy Elliott
3) Sally Rogers

Dated: September 1, 2023      Respectfully submitted,

                                                  */s/ Devon Orland*
                                                  Devon Orland (GA #554301)
                                                  GEORGIA ADVOCACY OFFICE
                                                  1 West Court Square
                                                  Decatur, GA 30030
                                                  404-885-1234
                                                  dorland@thegao.org

Jessica C. Wilson (GA #231406)
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel. 617-406-6000
Fax 617-406-6100
jessica.wilson@us.dlapiper.com

Mark J. Murphy (*Pro Hac Vice*)
CENTER FOR PUBLIC REPRESENTATION
1825 K Street, N.W. Suite 600
Washington, D.C. 20006
Tel. 202-854-1270
mmurphy@cpr-us.org

Ira A. Burnim (*Pro Hac Vice*)
BAZELON CENTER FOR
MENTAL HEALTH LAW

1101 15th Street, N.W., Suite 1212
Washington, D.C. 20005
Tel. 202-467-5730
irabster@gmail.com

Craig Goodmark (GA #301428)
GOODMARK LAW FIRM
1425 A Dutch Valley Place
Atlanta, GA 30324
404-719-4848
cgoodmark@gmail.com

Shira Wakschlag (Pro Hac Vice)
THE ARC OF THE UNITED STATES
1825 K Street, N.W., Suite 1200
Washington, D.C. 20006
202-534-3708
wakschlag@thearc.org

*Counsel for Plaintiffs*

2

## **L.R. 7.1(D) CERTIFICATION**

I certify that ***Plaintiffs' Certificate of Discovery has*** been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 14-pt Times New Roman Font on this 1st day of September, 2023.

*/s/ Devon Orland*