IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

The Georgia Advocacy Office, et al.,

    Plaintiffs,

v.                                                  Civil Action No. 1:17-CV-3999-MLB

State of Georgia, et al.,

    Defendants.

_____

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs The Georgia Advocacy Office, The Arc of the United States, W.J., by and through, D.J., J.F., by and through, J.A., and C.R., by and through, D.R., on behalf of themselves and others similarly situated (the "Plaintiffs") respectfully submit this Notice of Supplemental Authority.

On August 16, 2024, in a parallel case brought by the Department of Justice, the district court in *United States v. Georgia*, No. 1:16-CV-03088-ELR (N.D. Ga.) issued a 97-page Order that is relevant to Plaintiffs' pending Motion for Partial Summary Judgment (ECF No. 188) and Defendants' pending Motion for Summary Judgment (ECF No. 214).[1]

---

[1] Plaintiffs attach the public version of the Order (ECF No. 499) as Exhibit A.

1

In the Order, Judge Ross granted the DOJ's motion for partial summary judgment and held that the State of Georgia "administers" the Georgia Network for Educational and Therapeutic Support ("GNETS") program for purposes of the Integration Mandate of Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12132. *See* Ex. A at 38–52.

The Order is persuasive authority that the Court should consider in deciding the pending motions before it.

Date: September 18, 2024　　　　　　　　　Respectfully submitted,

/s/ *Jessica C. Wilson*
Jessica C. Wilson (GA #231406)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel. 617-406-6000
Fax 617-406-6100
jessica.wilson@dlapiper.com

Christopher G. Campbell
(GA #789533)
DLA PIPER LLP (US)
One Atlantic Center
1201 West Peachtree St., Suite 2800
Atlanta, GA 30309-3450
Tel. 404-736-7800
christopher.campbell@dlapiper.com

Elissa S. Gershon (Pro Hac Vice)
Kathryn J. Walker (Pro Hac Vice)
CENTER FOR PUBLIC
REPRESENTATION
5 Ferry Street, #314
Easthampton, MA 01027
Tel. 413-586-6024
Egershon@cpr-ma.org
Kwalker@cpr-ma.org

Megan E. Schuller (Pro Hac Vice)
Ira A. Burnim (Pro Hac Vice)
BAZELON CENTER FOR MENTAL
HEALTH LAW
1101 15th Street, N.W., Suite 1212
Washington, D.C. 20005
Tel. 202-467-5730

megans@bazelon.org
irabster@gmail.com

Devon Orland (GA #554301)
GEORGIA ADVOCACY OFFICE
1 West Court Square
Decatur, GA 30030
Tel. 404-885-1234
dorland@thegao.org

Craig Goodmark (GA #301428)
GOODMARK LAW FIRM
1425 A Dutch Valley Place
Atlanta, GA 30324
Tel. 404-719-4848
cgoodmark@gmail.com

Shira Wakschlag (Pro Hac Vice)
THE ARC OF THE UNITED
STATES
1825 K Street, N.W., Suite 1200
Washington, D.C. 20006
Tel. 202-534-3708
wakschlag@thearc.org

Matthew Iverson (Pro Hac Vice)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1 Financial Center, Suite 3500
Boston, Massachusetts 02111
Tel. (617) 217-4700
Fax: (617) 217-4710
matthew.iverson@nelsonmullins.com

Marquetta J. Bryan (GA #074315)
NELSON MULLINS RILEY &
SCARBOROUGH LLP

201 17th Street, NW, Suite 1700<br>
Atlanta, Georgia 30363<br>
Tel. (404) 322-6000<br>
Fax (404) 322-6050<br>
marquetta.bryan@nelsonmullins.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system on September 18, 2024

<i><u>/s/ Jessica C. Wilson</u></i><br>
Jessica C. Wilson

## LOCAL RULE 7.1(D) CERTIFICATION

The undersigned counsel hereby certifies that the foregoing document was prepared in Times New Roman 14-point font, pursuant to Local Rule 5.1(B).

<i><u>/s/ Jessica C. Wilson</u></i><br>
Jessica C. Wilson