# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| The Georgia Advocacy Office, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> State of Georgia, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:17-cv-3999-MLB |

## J U D G M E N T

This action having come before the Court, Honorable Michael L. Brown, United States District Judge, for consideration of Plaintiff's Motion for Reconsideration (Dkt. 305) and Defendant's Motion for Summary Judgment (Dkt. 214), and the Court having granted said motions, it is

**Ordered and Adjudged** that the Plaintiffs take nothing; that the Defendants recover their costs of this action, and the action be, and the same hereby is, **dismissed without prejudice**.

Dated at Atlanta, Georgia, this 22nd day of September, 2025.

Prepared, Filed, and Entered
in the Clerk's Office
September 22, 2025
Kevin P. Weimer
Clerk of Court

By: s/Parker Thompson
     Deputy Clerk

KEVIN P. WEIMER
CLERK OF COURT

By: s/Parker Thompson
    Deputy Clerk